UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:14-cv-22787-UU

JUAN C. REVELLO,

    Plaintiff,

v.

ELECTRIC AVENUE, INC., *et al.*,

    Defendants.
_____/

## ORDER ON MOTION FOR APPROVAL OF SETTLEMENT

THIS CAUSE is before the Court upon the parties' Joint Motion for Dismissal and Approval of Settlement and Release Agreement, D.E. 22, filed on October 15, 2014.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. This action arises out of Plaintiff's employment with Electric Avenue, Inc. Plaintiff filed his Complaint on July 29, 2014, alleging that Defendants failed to pay him minimum wage and overtime compensation and fired him in retaliation for seeking unpaid overtime compensation, in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). D.E. 1. Plaintiff also alleged unpaid minimum wage in violation of Florida Statute § 448.110. The parties have now reached a settlement and seek approval of their Settlement Agreement, attached as an exhibit to the Motion. D.E. 22-1.

The Court has reviewed the Settlement Agreement and finds it to be a fair and reasonable resolution of the parties' dispute. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 22, is GRANTED; the Settlement Agreement, D.E. 22-1, is APPROVED and the case is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of October, 2014.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record